UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FSG SERVICES LLC,<br><br>      Petitioner,<br><br>v.<br><br>FLUTTER ENTERTAINMENT PLC,<br><br>      Respondent. | Case No. 22-cv-09487<br><br>**ORDER** |

  Petitioner FSG Services LLC requests entry and confirmation of a partial final arbitration award dated November 4, 2022 (the "Partial Final Award") pursuant to Section 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 9 and 207.  Respondent Flutter Entertainment also requests entry and confirmation of the Partial Final Award.  The Court having reviewed the petition and accompanying documents and the responsive papers, it is hereby

  **ORDERED**, pursuant to the FAA, 9 U.S.C. § 1, *et seq.*, that judgment be entered confirming the Partial Final Award, including all findings and conclusions therein and the arbitrator's continuing jurisdiction to address issues arising under the parties' agreement (the Legally Binding Term Sheet) not adjudicated in the Partial Final Award, as set forth in the Partial Final Award and Exhibits 2 and 3 thereto.

Dated: New York, New York
    January 3, 2023

                        **SO ORDERED**

                           _____
                            LEWIS J. LIMAN
                             U.S.D.J.