**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FSG SERVICES LLC,

                  Petitioner,                  22 **CIVIL** 9487

       -against-                          **<u>JUDGMENT</u>**

FLUTTER ENTERTAINMENT PLC,
                  Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2023, judgment is entered confirming the Partial Final Award, including all findings and conclusions therein and the arbitrator's continuing jurisdiction to address issues arising under the parties' agreement (the Legally Binding Term Sheet) not adjudicated in the Partial Final Award, as set forth in the Partial Final Award and Exhibits 2 and 3 thereto.

**Dated**: New York, New York
          January 4, 2023

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                         **BY:**       *K. Mango*
                                                    **Deputy Clerk**